1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  DANIEL J. COWHIG
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   daniel.cowhig@usdoj.gov
6  *Attorneys for the United States of America*

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 2 - 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY GEORGE HOLLIS,<br>a.k.a. "Ant,"<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:24-cr-0149-APG-EJY<br><br>**VIOLATIONS:**<br><br>Count One: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) – Manufacturing and Dealing in Firearms Without a License<br><br>Counts Two, Three and Four: 18 U.S.C. § 922(o) and 924(a)(2)– Illegal Possession and Transfer of Machine Guns<br><br>Count Five: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – Possession of a Controlled Substance with Intent to Distribute (Methamphetamine) |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Manufacturing and Dealing in Firearms Without a License
18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)

Between on or about May 1, 2024, and on or about May 24, 2024, in the State and Federal District of Nevada and elsewhere,

**ANTHONY GEORGE HOLLIS,**
**a.k.a. "Ant,"**

defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing and dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT TWO**
Illegal Possession and Transfer of Machine Guns
18 U.S.C. § 922(o) and 924(a)(2)

On or about May 8, 2024, in the State and Federal District of Nevada,

**ANTHONY GEORGE HOLLIS,**
**a.k.a. "Ant,"**

defendant herein, did knowingly possess and transfer five machine guns, that is: machine gun conversion devices used to modify Glock-pattern semiautomatic firearms to fire as a fully automatic weapon, enabling said firearm to automatically shoot more than one shot, without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE
### Illegal Possession and Transfer of a Machine Gun
### 18 U.S.C. § 922(o) and 924(a)(2)

On or about May 9, 2024, in the State and Federal District of Nevada,

**ANTHONY GEORGE HOLLIS,**
**a.k.a. "Ant,"**

defendant herein, did knowingly possess and transfer a machine gun, that is: a machine gun conversion device used to modify a Glock-pattern semiautomatic firearm to fire as a fully automatic weapon, enabling said firearm to automatically shoot more than one shot, without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR
### Illegal Possession and Transfer of Machine Guns
### 18 U.S.C. § 922(o) and 924(a)(2)

On or about May 24, 2024, in the State and Federal District of Nevada,

**ANTHONY GEORGE HOLLIS,**
**a.k.a. "Ant,"**

defendant herein, did knowingly possess and transfer three machine guns, that is: machine gun conversion devices used to modify Armalite-15-pattern semiautomatic firearms to fire as a fully automatic weapon, enabling said firearm to automatically shoot more than one shot, without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FIVE
Possession of a Controlled Substance with Intent to Distribute (Methamphetamine)
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)

On or about May 13, 2024, in the State and Federal District of Nevada,

**ANTHONY GEORGE HOLLIS,**
a.k.a. "Ant,"

defendant herein, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

DATED: this 2nd day of July, 2024.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

_____
DANIEL J. COWHIG
Assistant United States Attorney