```
MICHAEL MEE, ESQ.
LIBERATORS CRIMINAL DEFENSE
Nevada Bar 13726
400 S. 4th Street #500
Las Vegas NV 89101
mmee@defenselawvegas.com
702-990-0190
Counsel for Defendant
```

# UNITED STATES DISTRICT COURT

# LAS VEGAS, NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 2:24-cr-149-APG-EJY-1 |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL** |
| ANTHONY GEORGE HOLLIS, | |
| Defendant. | |

Undersigned counsel MICHAEL MEE, ESQ. hereby appears on behalf of Defendant Anthony George Hollis as retained counsel, and requests that he be added as counsel of record to be served and noticed on the above-captioned matter and substituted in place of the Federal Public Defender's Office on behalf of the Defendant.

DATED this 23rd day of July, 2024

_____
MICHAEL MEE, ESQ.
Nevada Bar Number 13726

Defendant ANTHONY GEORGE HOLLIS hereby consents to this substitution of counsel and asks that the Court substitute Michael Mee, Esq., in place of LaRonda R. Martin, Esq., of the Federal Public Defender's Office in the above-captioned matter.

DATED this 23 day of July, 2024.

_____
ANTHONY GEORGE HOLLIS

Counsel LaRonda R. Martin, Esq., of the Federal Public Defender's Office, consent to the substitution of counsel of Michael Mee, Esq. for defendant Anthony George Hollis in the above-captioned matter.

DATED this ____ day of July, 2024.

_____
LARONDA R. MARTIN, ESQ.

1
2   IT IS SO ORDERED:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

DATED: __July 29, 2024__

_____
UNITED STATES MAGISTRATE JUDGE

3